**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AURORA RODRIGUEZ-PEREZ, | Case No. 2:18-cv-00535-JCM-GWF |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN NEVEN, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 9), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 9) is **GRANTED**. Respondents will have through October 8, 2018, to file an answer or other response to the petition (ECF No. 7).

DATED: August 23, 2018.

_____
JAMES C. MAHAN
United States District Judge

1